UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., Plaintiff,<br><br>vs.<br><br>OLAM AMERICAS, LLC, a Delaware limited liability company, d/b/a Olam Food Ingredients,<br>Defendant. | NO. 2:25-cv-02158-JHC<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Russell S. Buhite and Rebecca J. Rosen, attorneys for Defendant, Olam Americas, LLC, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 29th day of July,. 2026.

REID, BALLEW & LEAHY, L.L.P.

*s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 West Harrison Street N. Tower #300
Seattle WA 98119
Phone: (206) 285-0464
Email: rjr@nwlaborlaw.com;
Email: tom@nwlaborlaw.com

Attorneys for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C..

*s/Russell S. Buhite*
Russell S. Buhite, WSBA #41257
Rebecca J. Rosen, *pro hac vice*
1201 Third Avenue, Suite 5150
Seattle WA 98101
Phone: (206) 693-7502
Email: russell.buhite@ogletree.com
Email: Rebecca.rosen@ogletree.com

Attorneys for Defendant

**ORDER OF DISMISSAL**

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

DATED this 29th day of July, 2026.

John H. Chun
United States District Judge